# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2020

### NO. 03-19-00909-CR

**The State of Texas, Appellant**

**v.**

**David Uhrich, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs of the appeal, both in this Court and in the court below.